987 A.2d 716

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Wendy Colleen KNELLER, Respondent.**

Supreme Court of Pennsylvania.

Dec. 31, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of December, 2009, the Petition for Allowance of Appeal is hereby **GRANTED.** The order of the Superior Court is **VACATED,** and the issue **REMAND-ED** to the Superior Court for further proceedings pursuant to Judge Stevens' dissenting opinion. *Commonwealth v. Kneller,* 971 A.2d 495, 504 (Pa.Super.2009) (*en banc*) (Stevens, J., dissenting). The Commonwealth, as verdict winner, is entitled to have the facts reviewed in the light most favorable to it. *Commonwealth v. Drumheller,* 570 Pa. 117, 808 A.2d 893, 907–08 (2002). The facts, viewed accordingly, reveal no immediate need to kill the dog, a directive by respondent to her co-defendant to kill the dog, and the unquestionably malicious beating of the dog before it was shot. These facts provide sufficient evidence to support respondent's conviction of con-spiracy to commit cruelty to animals, and should not have been undone because of considerations of a dog owner's au-thority to humanely shoot the dog. *See Commonwealth v. Murphy,* 577 Pa. 275, 844 A.2d 1228, 1238 (2004) (conspirator responsible for acts of co-conspirator done in furtherance of agreement). Jurisdiction relinquished.